Robert W. Reid, LLC
OSB # 81434
breid@ipns.com
208 S.W. First Avenue, Suite 220
Portland, Oregon  97204
tel: (503) 223-7786
fax: (503) 227-2477

Attorney For Defendant WINDY N. HARVEY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-405 KI |
| Plaintiff, | |
| vs. | **DEFENDANT HARVEY'S NOTICE OF SELF-DEFENSE** |
| WINDY N. HARVEY, | |
| Defendant. | |

COMES NOW Defendant Windy N. Harvey, through his attorney Robert Reid, and hereby provides notice to the Court and parties of his intent to rely upon the defense of justification based upon self-defense at the trial of this case.  By this notice he raises that defense at this time.

RESPECTFULLY SUBMITTED this 12th of July, 2010.

**S/ Robert Reid (electronic signature intended as original)**

Robert Reid (OSB #81434)
Attorney for Defendant Windy N. Harvey
OSB #81434

Page 1 —DEFENDANT HARVEY'S NOTICE OF SELF-DEFENSE

*ROBERT W. REID, LLC*
*Attorney at Law*
*208 S.W. First Avenue, Suite 220*
*Portland, Oregon  97204*
*breid@ipns.com*
*(503) 223-7786 / Fax (503) 227-2477*

*Served on all parties electronically on the 12th day of July, 2010, through the PACER document filing system of the United States District Court for the District of Oregon*

Page 2 —DEFENDANT HARVEY'S NOTICE OF
    SELF-DEFENSE

***ROBERT W. REID, LLC***
*Attorney at Law*
*208 S.W. First Avenue, Suite 220*
*Portland, Oregon  97204*
*breid@ipns.com*
*(503) 223-7786 / Fax (503) 227-2477*