

FILED
JAN 24 2011

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-405 KI |
| Plaintiff, | |
| vs. | **ORDER ALLOWING ISSUANCE OF RULE 17(c) SUBPOENAS** |
| WINDY N. HARVEY, | |
| Defendant. | |

THIS MATTER having come before the Court upon the Defendant's *Ex Parte Motion for Issuance of Rule 17(c) Subpoenas* and the Court being fully advised;

IT IS THEREFORE ORDERED that the defendant may cause to be issued Rule 17(c) subpoenas, directing the recipients to produce the information or documents requested in *Defendant's Motion To Compel Discovery* prior to trial. Defense counsel is to ensure that recipients are aware that items sought are also being requested by the government, to avoid unnecessary provision of the same material twice, with the exception of item 9 in defendant's motion, pertaining to forensic evidence.

The defense is also authorized to utilize an additional eight Rule 17(c) subpoenas, should the need arise, for materials not available through discovery. As to

Page 1 — ORDER ALLOWING ISSUANCE OF RULE 17(c) SUBPOENAS

these additional eight subpoenas, defense counsel is authorized to require provision of the subpoenaed material at a reasonable time and place prior to trial.

Service of the subpoenas may be at government expense, as the defendant is indigent.

DATED this __24__ day of January, 2011.

_____
The Honorable Garr M. King
United States District Judge

Page 2 — ORDER ALLOWING ISSUANCE OF RULE 17(c) SUBPOENAS