ORD FRM (03/04)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FILED'11 FEB 07 15:08USDC-ORP

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

Windy N. Harvey

        Defendant(s)

Case No. CR08-405KI

Release Of Information

IT IS ORDERED THAT Pretrial Services release the bail report and the Warm Springs police records they possess concerning Warren Wallulatum to defense counsel Robert Reid and AUSA Scott Kerin.

IT IS SO ORDERED THIS 7th day of Feb., 2011.

Garr M. King
U.S. District Judge

Submitted by U.S. Pretrial Services