Robert W. Reid, LLC
OSB # 81434
breid@ipns.com
208 S.W. First Avenue, Suite 220
Portland, Oregon  97204
tel: (503) 223-7786
fax: (503) 227-2477

Attorney For Defendant Windy N. Harvey

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | No. CR 08-405 KI |
|---|---|
| Plaintiff, | |
| vs. | *EX PARTE* **MOTION AND ORDER FOR ISSUANCE OF TRIAL SUBPOENAS AT GOVERNMENT EXPENSE** |
| WINDY N. HARVEY, | |
| Defendant. | |

Pursuant to Rule 17 of the Federal Rules of Criminal Procedure, Defendant Windy N. Harvey, who is indigent and is represented by CJA counsel, applies for an Order allowing defendant to subpoena up to thirty witnesses; costs and fees incurred to be paid as provided by 28 C.F.R. §21.1 *et seq.*  [Previously allowed subpoenas were for 17-c purposes.]

RESPECTFULLY SUBMITTED this 15th of February, 2011.

**/s/ Robert Reid (intended as original on electronic filings)**

Robert Reid (OSB #81434)
Attorney for Defendant Harvey

Page 1 — *EX PARTE* MOTION AND ORDER FOR ISSUANCE OF TRIAL SUBPOENAS AT GOVERNMENT EXPENSE

*ROBERT W. REID, LLC*
*Attorney at Law*
*208 S.W. First Avenue, Suite 220*
*Portland, Oregon  97204*
*breid@ipns.com*
*(503) 223-7786 / Fax (503) 227-2477*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-405 KI |
| Plaintiff, | |
| vs. | *EX PARTE* **ORDER FOR ISSUANCE OF TRIAL SUBPOENAS AT GOVERNMENT EXPENSE** |
| WINDY N. HARVEY, | |
| Defendant. | |

THE COURT FINDS that the defendant is indigent; therefore it is

ORDERED that the Clerk of the Court issue thirty (30) subpoenas to defendant's counsel, to be served on behalf of the defendant at government expense, the costs incurred to be paid in the same manner in which similar costs are paid for witnesses subpoenaed on behalf of the government, as provided by C.F.R. §21.1 *et seq*.

SO ORDERED this _____ day of February, 2011.

The Honorable Garr M. King
United States District Judge

Page 2 — *EX PARTE* MOTION AND ORDER FOR ISSUANCE
OF TRIAL SUBPOENAS AT GOVERNMENT EXPENSE