FILED
FEB 16 2011

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WINDY N. HARVEY,

Defendant.

No. CR 08-405 KI

*EX PARTE* **ORDER FOR ISSUANCE OF TRIAL SUBPOENAS AT GOVERNMENT EXPENSE**

---

THE COURT FINDS that the defendant is indigent; therefore it is ORDERED that the Clerk of the Court issue thirty (30) subpoenas to defendant's counsel, to be served on behalf of the defendant at government expense, the costs incurred to be paid in the same manner in which similar costs are paid for witnesses subpoenaed on behalf of the government, as provided by 28 C.F.R. §21.1 *et seq.*

SO ORDERED this 16th day of February, 2011.

The Honorable Garr M. King
United States District Judge