Lynne B. Morgan, OSB #89099
Pacific Northwest Law, LLP
Email: lbmorgan@pacificnwlaw.com
1420 World Trade Center
121 SW Salmon Street
Portland, Oregon 97204
t. 503.222.2510  f. 503.222.0569

Robert W. Reid, LLC
OSB #81434
breid@ipns.com
208 SW First Avenue, Suite 220
Portland, Oregon 97204
t. 503.223.7786   f. 503.227.2477

Attorneys for Defendant Windy N. Harvey

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | CR 08-405 KI |
| v. | | MOTION FOR LEAVE TO FILE STATEMENT OF GARY KNOWLES UNDER SEAL |
| WINDY N. HARVEY, | | |
| Defendant. | | |

COMES NOW Defendant Windy N. Harvey, through his attorneys Lynne B. Morgan

and Robert Reid, and hereby moves this Court for leave to file the statement of

Gary Knowles under seal.  Mr. Knowles' statement is an essential part of Mr. Harvey's

Motion for Order Requiring the Government to Allow Independent Testing of the evidence seized or otherwise obtained and held by the government in this case.  Mr. Kowles' statement contains defense work product, however, and should not be revealed to the government at this time.

      RESPECTFULLY SUBMITTED this 4th day of April, 2011.

                            PACIFIC NORTHWEST LAW, LLP

                            /s/ *Lynne B. Morgan and Robert Reid*
                            Lynne B. Morgan, OSB #89099
                            Robert Reid, OSB #81434
                            Attorneys for Windy N. Harvey