Robert W. Reid, LLC
OSB # 81434
breid@ipns.com
208 S.W. First Avenue, Suite 220
Portland, Oregon  97204
tel: (503) 223-7786
fax: (503) 227-2477

Attorney For Defendant Windy N. Harvey

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   vs.<br><br>WINDY N. HARVEY,<br><br>           Defendant. | No. CR 08-405 KI<br><br>*EX PARTE* **MOTION AND ORDER FOR ISSUANCE OF ADDITIONAL TRIAL SUBPOENAS AT GOVERNMENT EXPENSE** |

      Pursuant to Rule 17 of the Federal Rules of Criminal Procedure, Defendant Windy N. Harvey, who is indigent and is represented by CJA counsel, applies for an Order allowing the defendant to subpoena up to thirty additional witnesses from those previously authorized; costs and fees incurred to be paid as provided by 28 C.F.R. §21.1 *et seq*.

      Additional subpoenas are required because (1) the defense expects to have to subpoena more than the originally authorized 30 trial witnesses; (2) witnesses will

Page 1 — *EX PARTE* MOTION AND ORDER FOR ISSUANCE OF ADDITIONAL TRIAL SUBPOENAS AT GOVERNMENT EXPENSE

*ROBERT W. REID, LLC*
*Attorney at Law*
*208 S.W. First Avenue, Suite 220*
*Portland, Oregon  97204*
*breid@ipns.com*
*(503) 223-7786 / Fax (503) 227-2477*

include several document custodians; and (3) it is expected that some, perhaps several, subpoenas drafted and sent for service will not be deliverable due to witnesses moving or otherwise being unavailable for service.

RESPECTFULLY SUBMITTED this 14th of July, 2011.

**/s/ Robert Reid (intended as original on electronic filings)**

Robert Reid (OSB #81434)
Attorney for Defendant Harvey

Page 2 — *EX PARTE* MOTION AND ORDER FOR
ISSUANCE OF ADDITIONAL TRIAL SUBPOENAS
AT GOVERNMENT EXPENSE

**ROBERT W. REID, LLC**
*Attorney at Law*
208 S.W. First Avenue, Suite 220
Portland, Oregon 97204
breid@ipns.com
(503) 223-7786 / Fax (503) 227-2477

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-405 KI |
| Plaintiff, | |
| vs. | *EX PARTE* **ORDER FOR ISSUANCE OF ADDITIONAL SUBPOENAS AT** |
| WINDY N. HARVEY, | **GOVERNMENT EXPENSE** |
| Defendant. | |

THE COURT FINDS that the defendant is indigent and that the defense needs additional trial subpoenas; therefore it is ORDERED that the Clerk of the Court issue thirty (30) additional subpoenas to defendant's counsel, to be served on behalf of the defendant at government expense, the costs incurred to be paid in the same manner in which similar costs are paid for witnesses subpoenaed on behalf of the government, as provided by 28 C.F.R. §21.1 *et seq*.

SO ORDERED this _____ day of July, 2011.

The Honorable Garr M. King
United States District Judge

Page 3 — *EX PARTE* MOTION AND ORDER FOR
    ISSUANCE OF ADDITIONAL TRIAL SUBPOENAS
    AT GOVERNMENT EXPENSE