IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

WINDY N. HARVEY,

Defendant.

No. CR 08-405 KI

*EX PARTE* ORDER FOR
ISSUANCE OF ADDITIONAL
SUBPOENAS AT
GOVERNMENT EXPENSE

THE COURT FINDS that the defendant is indigent and that the defense needs additional trial subpoenas; therefore it is ORDERED that the Clerk of the Court issue thirty (30) additional subpoenas to defendant's counsel, to be served on behalf of the defendant at government expense, the costs incurred to be paid in the same manner in which similar costs are paid for witnesses subpoenaed on behalf of the government, as provided by 28 C.F.R. §21.1 *et seq.*

SO ORDERED this 15th day of July, 2011.

_____
The Honorable Garr M. King
United States District Judge

Page 3 — *EX PARTE* MOTION AND ORDER FOR
ISSUANCE OF ADDITIONAL TRIAL SUBPOENAS
AT GOVERNMENT EXPENSE