DWIGHT C. HOLTON, OSB # 09054
United States Attorney
District of Oregon
**CRAIG J. GABRIEL, OSB # 012571**
**SCOTT M. KERIN, OSB # 965128**
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
E-mail: Craig.Gabriel@usdoj.gov
Scott.Kerin@usdoj.gov
        Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 08-405-KI |
| v. | GOVERNMENT'S WITNESS LIST |
| WINDY N. HARVEY, | |
| Defendant. | |

The United States of America, by and through Dwight C. Holton, United States Attorney for the District of Oregon, and Craig J. Gabriel and Scott M. Kerin, Assistant United States Attorneys, presently intends to call the following witnesses at trial in it's case-in-chief:

    1.    FBI Special Agent Clayton Smith

    2.    Warm Springs Police Detective Gary Samuel

    3.    Warm Springs Police Detective Sam Williams

    4.    Warm Springs Police Detective Jason Schjoll

5. Warm Springs Police Officer Carl Tewee, Sr.

6. Warm Springs Detective Aaron Whittenberg

7. Levi Jim

8. Julia Stwyer

9. Freddie Victor Tamayo

10. Lendrick Lee Thomas

11. Dr. Christopher Ray Young

12. Debora Leslie

13. Alicia Adams

14. Gayleen Adams

15. Larissa Napyer

16. Nathan Napyer

17. Rolanda Williams

18. Pearl Stwyer

The government may also need to call these additional witnesses if issues arise during cross-examination, the parties are unable to agree on the proposed stipulations, or as other unanticipated issues develop during trial.

19. Jamie Schroeder, Oregon State Police Forensic Laboratory

20. Michelle Larson, Oregon State Police Forensic Laboratory

21. Brian Medlock, Oregon State Police Forensic Laboratory

22. Victoria Dickerson, Oregon State Police Forensic Laboratory

23. Shawn Malikowski, Oregon State Police Forensic Laboratory

**Page 2 - GOVERNMENT'S WITNESS LIST**

Lastly, the government may need to supplement this list in response to any evidence or issues presented by the defense.

Dated this 15th day of August 2011.

Respectfully submitted,

DWIGHT C. HOLTON
United States Attorney

*/s/ Scott Kerin*

CRAIG J. GABRIEL
SCOTT M. KERIN
Assistant United States Attorneys

Page 3 - GOVERNMENT'S WITNESS LIST