Robert W. Reid, LLC
OSB # 81434
breid@ipns.com
208 S.W. First Avenue, Suite 220
Portland, Oregon  97204
tel: (503) 223-7786
fax: (503) 227-2477

Lynne B. Morgan
OSB # 89099
lbmorgan@worldnet.att.net
121 SW Salmon St. Ste. 1420
Portland, Oregon 97204
tel: (503) 222-0568
fax: (503) 222-6303

Attorneys For Defendant WINDY N. HARVEY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-405 KI |
| Plaintiff, | |
| vs. | **DEFENDANT HARVEY'S (TENTATIVE) WITNESS LIST** |
| WINDY N. HARVEY, | |
| Defendant. | |

COMES NOW Defendant Windy N. Harvey, through the undersigned attorney, and provides to the Court and parties his list of currently intended witnesses.

Page 1 — DEFENDANT HARVEY'S (TENTATIVE) WITNESS LIST

*ROBERT W. REID, LLC*
*Attorney at Law*
*208 S.W. First Avenue, Suite 220*
*Portland, Oregon  97204*
*breid@ipns.com*
*(503) 223-7786 / Fax (503) 227-2477*

Alicia Adams
Gaylene Adams
Lydel Adams
William Anderson
Aldo Antunez
Harold Blackwolf, Jr.
Naomi Brisbois
James Cole
Emmaline Crookedarm
Rima Crookedarm
Sharon Crookedarm
Levi Dowty
Glen Dunsberger
Michael Durkan
Aaron Eaglespeaker
Stacy Fast Horse
Cheri Folsom
Gail Frank
Kerry Gibbons
James Greeley
Coretta Greybear-Benson
Frank Halstead
Kalles Hanchor
Gene Harvey, Jr.
Gene Harvey, Sr.
Windy N. Harvey
Jarrod Heath
Michael Hintz
Dustin Hoff
Rene Holliday
Don Howtopat
Keith Jackson
Annette Jim
Jason Jim
Levi Jim
Ricky Jim
Roberta Jim
Donovan Johnson
Foster Kalama
John Kalama
Ester Kalama-Culpis
Gary Katchia
Ryan Kathrein
Michael Kay
Heidi Kelly
Debbie Leslie
Karen Lawless

Page 2 — DEFENDANT HARVEY'S
        (TENTATIVE) WITNESS LIST

*ROBERT W. REID, LLC*
*Attorney at Law*
*208 S.W. First Avenue, Suite 220*
*Portland, Oregon  97204*
*breid@ipns.com*
*(503) 223-7786 / Fax (503) 227-2477*

Casey Lockey
Anna Lopez
Lonny McEwan
Kenn Meneeley
Andrea Morales
Jose Morales
Larissa Napyer
Nathan Napyer
William Napyer
Tom O'Reilly
Delores Picard
Nola Queahpama
Jaime Reynoso
Rick Riberio
Dabid Rodriguez
Elsie Sam
Marella Sam
Gary Samuel
Jason Schjoll
Joe Scott
Carmen Smith
Crystal Smith
Leroy Smith
Ina Spino (AKA Wainawit, AKA Schuster)
Robert Sprengel
Julia Stwyer
Lucy Suppah
Suzie Charlie
Melvin Tewee
Oswald Tias
Joe Tuckta
Earline Tufti
Steve Tyler
Owen Wallulatum
Wamblee Wallulatum
John Webb
Aaron Whittenburg
Sam Williams
Reggie Winishut
Flossie Wolfe
Sam Wolfe
Nelson Zomant

The defense may also witnesses to provide prior inconsistent statements or other evidence the exact nature of which is not known prior to trial. Also, several

Page 3 — DEFENDANT HARVEY'S
(TENTATIVE) WITNESS LIST

**ROBERT W. REID, LLC**
*Attorney at Law*
208 S.W. First Avenue, Suite 220
Portland, Oregon 97204
breid@ipns.com
(503) 223-7786 / Fax (503) 227-2477

document custodians will be called, as necessary.

*******************

RESPECTFULLY SUBMITTED this 15th day of August, 2011.

**/s/ Robert Reid {intended as original signature on electronic filing}**

_____
Robert Reid (OSB #81434)
Attorney for Defendant Harvey
OSB #81434

Page 4 — DEFENDANT HARVEY'S
(TENTATIVE) WITNESS LIST

*ROBERT W. REID, LLC*
*Attorney at Law*
*208 S.W. First Avenue, Suite 220*
*Portland, Oregon  97204*
*breid@ipns.com*
*(503) 223-7786 / Fax (503) 227-2477*