Robert W. Reid, LLC
OSB # 81434
breid@ipns.com
208 S.W. First Avenue, Suite 220
Portland, Oregon  97204
tel: (503) 223-7786
fax: (503) 227-2477

Lynne B. Morgan
OSB # 89099
lbmorgan@worldnet.att.net
121 SW Salmon St. Ste. 1420
Portland, Oregon 97204
tel: (503) 222-0568
fax: (503) 222-6303

Attorneys For Defendant WINDY N. HARVEY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | No. CR 08-405 KI |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT HARVEY'S (TENTATIVE) EXHIBIT LIST** |
| WINDY N. HARVEY, | |
| Defendant. | |

COMES NOW Defendant Windy N. Harvey, through the undersigned attorney and provides to the Court and parties his list of currently intended trial exhibits.  Because some of the defense case will be based upon cross examination, it is likely that other exhibits will become known to the defendant during the course of

Page 1 — DEFENDANT HARVEY'S (TENTATIVE) EXHIBIT LIST

*ROBERT W. REID, LLC*
*Attorney at Law*
208 S.W. First Avenue, Suite 220
Portland, Oregon  97204
breid@ipns.com
(503) 223-7786 / Fax (503) 227-2477

trial. The following is a summary list of items the defense expects, as of the date of filing, to offer into evidence.

Exhibits 1001 - 1077:

    Photos, videos of client background, reservation, case-specific sites, etc.

Exhibits 1078 - 1088:

    Scene re-enactment videos, still shots

Exhibits 1089 - 1176:

    Court, police records

Nearly all of these exhibits have already been provided to the government on July 25, 2011. The remainder, with numbered copies of those already provided, will be provided on a DVD disk.

                            ********************

    RESPECTFULLY SUBMITTED this 15th day of August, 2011.

**/s/ Robert Reid {intended as original signature on electronic filing}**

_____
Robert Reid (OSB #81434)
Attorney for Defendant Harvey
OSB #81434

Page 2 — DEFENDANT HARVEY'S (TENTATIVE) EXHIBIT LIST

*ROBERT W. REID, LLC*
*Attorney at Law*
*208 S.W. First Avenue, Suite 220*
*Portland, Oregon 97204*
*breid@ipns.com*
*(503) 223-7786 / Fax (503) 227-2477*