DWIGHT C. HOLTON, OSB # 09054
United States Attorney
District of Oregon
**CRAIG J. GABRIEL, OSB # 012571**
**SCOTT M. KERIN, OSB # 965128**
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
E-mail: Craig.Gabriel@usdoj.gov
Scott.Kerin@usdoj.gov
      Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CR 08-405-KI |
| v. | **GOVERNMENT'S SUPPLEMENTAL WITNESS LIST** |
| **WINDY N. HARVEY,** | |
| **Defendant.** | |

      The United States of America, by and through Dwight C. Holton, United States Attorney for the District of Oregon, and Craig J. Gabriel and Scott M. Kerin, Assistant United States Attorneys, presently intends to call the following witnesses at trial in it's case-in-chief:

      1.      FBI Special Agent Clayton Smith

      2.      Warm Springs Police Detective Gary Samuel

      3.      Warm Springs Police Detective Sam Williams

      4.      Warm Springs Police Detective Jason Schjoll

5. Warm Springs Police Officer Carl Tewee, Sr.

6. Warm Springs Detective Aaron Whittenberg

7. Levi Jim

8. Julia Stwyer

9. Freddie Victor Tamayo

10. Lendrick Lee Thomas

11. Dr. Christopher Ray Young

12. Debra Leslie

13. Alicia Adams

14. Gayleen Adams

15. Larissa Napyer

16. Nathan Napyer

17. Rolanda Williams

18. Pearl Stwyer

19. Dr. Veronica Vance

The government may also need to call these additional witnesses if issues arise during cross-examination, the parties are unable to agree on the proposed stipulations, or as other unanticipated issues develop during trial.

20. Jamie Schroeder, Oregon State Police Forensic Laboratory

21. Michelle Larson, Oregon State Police Forensic Laboratory

22. Brian Medlock, Oregon State Police Forensic Laboratory

23. Victoria Dickerson, Oregon State Police Forensic Laboratory

24. Shawn Malikowski, Oregon State Police Forensic Laboratory

**Page 2 - GOVERNMENT'S SUPPLEMENTAL WITNESS LIST**

Lastly, the government may need to supplement this list in response to any evidence or issues presented by the defense.

Dated this 25th day of August 2011.

                              Respectfully submitted,

                              DWIGHT C. HOLTON
                              United States Attorney

                              */s/ Scott Kerin*
                              CRAIG J. GABRIEL
                              SCOTT M. KERIN
                              Assistant United States Attorneys