DWIGHT C. HOLTON, OSB # 09054
United States Attorney
District of Oregon
**CRAIG J. GABRIEL, OSB # 012571**
**SCOTT M. KERIN, OSB # 965128**
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
E-mail: Craig.Gabriel@usdoj.gov
Scott.Kerin@usdoj.gov
        Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CR 08-405-KI** |
| **v.** | **GOVERNMENT'S SUPPLEMENTAL EXHIBIT LIST** |
| **WINDY N. HARVEY,** | |
| **Defendant.** | |

The United States of America, by and through Dwight C. Holton, United States Attorney

for the District of Oregon, and Craig J. Gabriel and Scott M. Kerin, Assistant United States

Attorneys, hereby provides notice of its intent to offer the following exhibits in its case-in-chief:

///

///

///

| Exhibit Number | Item | Offered | Received |
|---|---|---|---|
| 1 | Scene diagram | | |
| 2 | Map of area surrounding 1797 Tao-Shuh, Warm Springs, Oregon | | |
| 3 | Firearm  - .40 caliber Glock, Model 22 pistol | | |
| 4 | Picture of .40 caliber Glock, Model 22 pistol (Bates # 1205) | | |
| 5 | Shell casing recovered from living room couch at 1797 Tao-Shuh | | |
| 6 | Shell casing recovered from floor at 1797 Tao-Shuh | | |
| 7 | Bullet and fragments from back/upper torso of victim | | |
| 8 | Bullet and fragments from head and neck of victim | | |
| 9 | Scene diagram - used by Julia Stwyer | | |
| 10 | Scene diagram – used by Levi Jim | | |
| 11 | Picture of Warren Wallulatum Jr. (Alive) | | |
| 12 | Picture of residence at 1797 Tao-Shuh (Bates # 53) | | |
| 13 | Picture of residence at 1797 Tao-Shuh (Bates # 54) | | |
| 14 | Picture of the living room at 1797 Tao-Shuh and body of Warren Wallulatum Jr. (Bates # 56) | | |
| 15 | Picture of the living room at 1797 Tao-Shuh and body of Warren Wallulatum Jr.  (Bates # 57) | | |
| 16 | Picture of the living room at 1797 Tao-Shuh and body of Warren Wallulatum Jr. (Bates # 59) | | |
| 17 | Picture from the living room at 1797 Tao-Shuh showing close-up of Warren Wallulatum Jr.'s upper body (Bates # 60) | | |

| 18 | Picture from the living room at 1797 Tao-Shuh showing close-up of Warren Wallulatum Jr.'s head (Bates # 69) | | |
|---|---|---|---|
| 19 | Picture from inside the living room at 1797 Tao-Shuh and body of Warren Wallulatum Jr. – showing vantage point looking from where victim was siting while facing the defendant (Bates # 76) | | |
| 20 | Picture from inside the living room at 1797 Tao-Shuh – showing couch where one shell casing was recovered (Bates # 77) | | |
| 21 | Picture of inside the living room at 1797 Tao-Shuh – showing close-up of shell casing on the couch (Bates # 78) | | |
| 22 | Picture of inside the living room at 1797 Tao-Shuh – showing where second shell casing was recovered (Bates # 79) | | |
| 23 | Picture of inside the living room at 1797 Tao-Shuh – showing area where second shell casing was recovered (Bates # 80) | | |
| 24 | Picture from inside the living room at 1797 Tao-Shuh showing close-up of Warren Wallulatum Jr.' hand with bullet wound (Bates # 81) | | |
| 25 | Picture from inside the living room at 1797 Tao-Shuh showing close-up of Warren Wallulatum Jr.'s back and where a bullet was recovered from under his skin (Bates # 89) | | |
| 26 | Picture from inside the living room at 1797 Tao-Shuh showing close-up of Warren Wallulatum Jr.'s back with measurements (Bates # 90) | | |
| 27 | Knife taken from Warren Wallulatum Jr.'s pocket | | |
| 28 | Picture from autopsy – Warren Wallulatum Jr. Head wound (Bates # 246) | | |
| 29 | Picture from autopsy – knife recovered from Warren Wallulatum Jr.'s pocket (Bates # 252) | | |

| | | | |
|---|---|---|---|
| 30 | Picture from autopsy – Warren Wallulatum Jr.'s hand wound (Bates # 257) | | |
| 31 | Picture from autopsy – X-ray showing bullet fragments from head wound (Bates # 262) | | |
| 32 | Picture from autopsy – X-ray showing bullet and fragment in torso/back (Bates # 263) | | |
| 33 | Picture from autopsy – showing bullet wound to Warren Wallulatum Jr.'s chest/lower neck  (Bates # 267) | | |
| 34 | Picture from autopsy – showing bullet wound to Warren Wallulatum Jr.'s hand (Bates # 269) | | |
| 35 | Picture of bullet and bullet fragments recovered from head shot (Bates # 299) | | |
| 36 | Picture from autopsy – Warren Wallulatum Jr.'s back (Bates # 302) | | |
| 37 | Picture from autopsy – showing bullet and fragment recovered from the shot to Warren Wallulatum Jr.'s chest/lower neck (Bates # 309) | | |
| 38 | Warren Wallulatum Jr.'s pants | | |
| 39 | Picture of Warren Wallulatum Jr.'s pants (Bates # 1159) | | |
| 40 | Picture of Warren Wallulatum Jr.'s pants (Bates # 1161) | | |
| 41 | Windy Harvey's pants | | |
| 42 | Picture of the front of Windy Harvey's pants (Bates # 1209) | | |
| 43 | Picture of the back of Windy Harvey's pants (Bates # 1214) | | |
| 44 | Picture of ammunition from defendant's residence (Bates # 1191) | | |
| 45 | Picture from Veronica Vance's analysis of Warren Wallulatum Jr.'s pants | | |

| 46 | Picture from Veronica Vance's analysis of Warren Wallulatum Jr.'s pants | | |
| 47 | Picture from Veronica Vance's analysis of Warren Wallulatum Jr.'s pants | | |
| 48 | Pictures from Veronica Vance's analysis of Warren Wallulatum Jr.'s pants | | |
| 49 | Pictures from Veronica Vance's analysis of Warren Wallulatum Jr.'s pants | | |

The government may need to supplement this list depending on developments at trial, or in rebuttal to any evidence presented by the defense.

Dated this 25th day of August 2011.

Respectfully submitted,

DWIGHT C. HOLTON
United States Attorney

*/s/ Scott Kerin*

CRAIG J. GABRIEL
SCOTT M. KERIN
Assistant United States Attorneys